UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INTERNATIONAL BROADCASTING CORPORATION, a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEEP BLUE MARINE, INC., a foreign corporation, OCEANIC RESEARCH AND RECOVERY, INC., and WILF BLUM,<br><br>　　　　　Defendants. | NO. CV-08-0299-EFS<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

　　On August 26, 2009, the parties filed a Stipulation of Dismissal. (Ct. Rec. 32.) Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

　　1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** without fees and costs to any party.

　　2. The Default Judgment against Defendant Oceanic Research and Recovery, Inc. **(Ct. Rec. 18)** is **STRICKEN.**

　　3. This file shall be closed.

　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

　　**DATED** this ___27th___ day of August 2009.

　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　United States District Judge

Q:\Civil\2008\299.Stip.Dismissal.wpd

ORDER ~ 1